

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 14, 2022

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Nolasco-Martinez*, 22 Cr. 8 (NRB)

Dear Judge Buchwald:

    The Government submits this letter on behalf of both parties respectfully to request an adjournment of the upcoming conference in this matter, currently scheduled for March 16, 2022 at 1:30 p.m. The parties are in discussions regarding a potential pretrial resolution of this matter and an adjournment will provide an opportunity to continue and potentially resolve those discussions. Accordingly, the parties respectfully request that the March 16, 2022 status conference be adjourned for approximately 30 days and that the Court exclude time from March 16, 2022, to the date of the change of the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in light of the parties ongoing discussions regarding a pretrial resolution. Defense counsel has indicated that he consents to the exclusion of time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   */s/ Brandon D. Harper*
    Brandon D. Harper
    Assistant United States Attorney
    (212) 637-2209

---

Application granted. The conference scheduled for March 16, 2022 is adjourned to April 14, 2022 at 2:00 p.m. The Court excludes time under the Speedy Trial Act until April 14, 2022. See 18 U.S.C. 3161(h)(7)(A).

SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   March 14, 2022
           New York, N.Y.