

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 14, 2022

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Nolasco-Martinez*, 22 Cr. 8 (NRB)

Dear Judge Buchwald:

    The Government submits this letter in response to a communication from Chambers. The Government understands that the Court will adjourn the status conference in this case currently set for June 16, 2022, to June 27, 2022. Accordingly, the Government respectfully requests that the Court exclude time from June 16, 2022, to the date of the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in light of the parties ongoing discussions regarding a pretrial resolution.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Brandon D. Harper
    Assistant United States Attorney
    (212) 637-2209

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    June 15, 2022
            New York, N.Y.