March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

JUAN NOLASCO-MARTINEZ    Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 0008 (NRB) (1)

Defendant __JUAN NOLASCO-MARTINEZ__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

_X_   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence

/s/ John L. Russo For Juan Nolasco-Martinez

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JUAN NOLASCO-MARTINEZ

Print Defendant's Name

Defense Counsel's Signature

JOHN L. RUSSO

Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

9/21/2022

Date

U.S. District Judge/U.S. Magistrate Judge