# J.L. Russo, P.C.

*JOHN L. RUSSO*
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:   718 · 777 · 1277
Fax:   718 · 204 · 2310
Email:  JLRussoPC@Gmail.com

*PARALEGAL*
Maria Nunez, B.S.

December 2, 2022

Application to remove electronic
monitoring is granted.

**SO ORDERED.**

*[signature]*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    December 13, 2022
          New York, NY

**Via ECF**
Honorable Naomi Reice Buchwald
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States of America v. Juan Nolasco -Martinez, et al.
    22-CR-00008 (NRB),

Your Honor:

This office represents, the Defendant Juan Nolasco in the above-referenced matter which is pending before the Court.

**By this letter, the Mr. Nolasco-Martinez respectfully requests the Court's consent to a change of his pre-trial release conditions – *to wit*, the removal of his electronic monitoring device. All other pre-trial release conditions to stay the same.**

Ms. Viosanny Harrison, Mr. Nolasco Martinez' U.S. Pretrial Services Officer, has specifically consented to this change of condition, and AUSA Mitzi Steiner has deferred to PTS on this issue.  Mr. Nolasaco-Martinez' pre-trial release conditions have also been set by Judge Oetken in Case No.: 22-CR-00012 (JPO),  a companion request is being sent to Judge Oetken as well.

. The Court's consideration of this request is greatly appreciated.

Yours truly,

*John L. Russo*

John L. Russo (JR6200)

Cc:  USPSO Vioscanny Harrison (**via Email)**
     AUSA Mitzi Steiner(**VIA ECF)**