**JOHN L. RUSSO**
*ATTORNEY AT LAW*

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

# J.L. Russo, P.C.
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  *JLRussoPC@Gmail.com*

**PARALEGAL**
Maria Nunez, B.S.

January 13, 2023

> The conference is adjourned until
> Thursday, February 9, 2023 at 11:30 A.M.
> Speedy trial time is excluded.
>
> SO ORDERED.
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
> Dated:   January 17, 2023
>          New York, NY

**Via ECF**
Honorable Naomi Reice Buchwald
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States of America v. Juan Nolasco -Martinez, et al.</u>
     22-CR-00008 (NRB),

Your Honor:

This office represents, the Defendant Juan Nolasco in the above-referenced matter which is next scheduled for conference before the Court on January 17th .

**By this letter, the Mr. Nolasco-Martinez respectfully requests an adjournment (with the consent of the Government) of the January 17th conference for a period of 24-30 days** .  The parties are very close to entering into a plea agreement, but we are not there yet. My client is part of a pending 3 defendant wire case for which we am trying to work out a "companion" type plea with the AUSA assigned. There are also 1 or 2 other issues which need to be considered before entering the plea before your Honor

This request is consented to by AUSA Patrick Moroney.  Both sides consent to, and request, the exclusion of time pursuant to the Speedy Trial Act.

The Court's consideration of this request is respectfully appreciated. Thank you.

Yours truly,

*John L. Russo*

John L. Russo (JR6200)

Cc:   AUSA Patrick Moroney **(Via ECF)**
      Ms. Lauren N. Reisig, Esq.
      Law Clerk to the Hon. Naomi Reice Buchwald **(Via Email)**