```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA

          - against -                          ORDER

JUAN NOLASCO-MARTINEZ,                         22 CR 008 (NRB)

          Defendant.
-------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, the Court has received the Government's letter of February 28, 2023, and it appears that there is no need for an in-person conference tomorrow; it is hereby

**ORDERED** that tomorrow's conference is cancelled; it is further

**ORDERED** that defendant's motions, if any, are to be filed no later than March 31, 2023; it is further

**ORDERED** that the Government's answer is to be filed no later than April 12, 2023 and the defendant's reply is to be filed no later than April 19, 2023; it is further

**ORDERED** that speedy trial be excluded until April 19, 2023, as an exclusion is in the interests of justice in order to provide the parties the opportunity to prepare motions.  18 U.S.C. §§ 3161(h)(1)(D), (7)(A).

Dated:   New York, New York
         March 1, 2023

                                        NAOMI REICE BUCHWALD
                                   UNITED STATES DISTRICT JUDGE