UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA

       - against -                  **ORDER**

                                    22 CR 008 (NRB)

Juan Nolasco-Martinez,

              Defendant.
------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on April 25, 2023, the defendant pled guilty, it is hereby

    **ORDERED** that bail is revoked and Mr. Nolasco-Martinez is remanded into the custody of the United States Marshal Service.

Dated:    New York, New York
            April 25, 2023

                                                NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE