**J.L. Russo, P.C.**
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  *JLRussoPC@Gmail.com*

*JOHN L. RUSSO*
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

PARALEGAL
Maria Nunez, B.S.

June 22, 2023

**Via ECF**
Honorable Naomi Reice Buchwald
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States of America v. Juan Nolasco -Martinez, et al.</u>
22-CR-00008 (NRB)

Your Honor:

We write, at the Court's direction, in furtherance of the defendant's urgent request to be reinstated to release conditions (pre-sentence) so that he can attend to his Father, whose death is imminent in the next few days.

Following his arrest, and prior to his plea, Mr. Nolasco Martinez was released on conditions which permitted him to leave the house for work, medical, church, Court or attorney visits.  He was relieved of electronic monitoring some months ago.

As for the instant request, we request that the Court set home confinement conditions except to visit his father in the Hospital and to attend any LOCAL funeral services.  The Court can direct that the Defendant be produced *post haste* before the Court and given these conditions and then released until his sentencing date, which is only a few weeks away.

Thank you.

Yours truly,

*John L. Russo*

John L. Russo (JR6200)

Cc:  AUSA Patrick Moroney **(Via ECF)**

---

```
As now articulated, this application
essentially is one for reargument of the
Court's decision remanding the defendant,
pursuant to 18 U.S.C. 3143, following his
plea of guilty approximately two months
ago.  As such, the application is denied.

SO ORDERED.
```

*[Signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:    June 22, 2023
          New York, NY