**JOHN L. RUSSO**
*ATTORNEY AT LAW*

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

## J.L. Russo, P.C.
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  *JLRussoPC@Gmail.com*

*PARALEGAL*
Maria Nunez, B.S.

July 7, 2023

**Via ECF**
Honorable Naomi Reice Buchwald
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States of America v. Juan Nolasco -Martinez, et al.</u>
    22-CR-00008 (NRB)

Your Honor:

*[handwritten endorsement:]* ENDORSEMENT This application is denied without prejudice because defendant's counsel has failed to comply with the Court's repeated directions to submit a concrete, detailed bail proposal for the Court's consideration. Naomi Reice Buchwald USDJ July 11, 2023

We write, at the Court's direction, in furtherance of the defendant's urgent request to be reinstated to release conditions (pre-sentence) so that he can pay respects to his Father, who passed away last week. At the Court's direction we contacted Viosanny Harrison, Mr. Nolasco's Pretrial Services Officer. As per her response dated today indicates that PTS can arrange for release conditions.

Therefore, we respectfully request that the court have Mr. Nolasco produced at the earliest convenient time and the that he be re-released to PTS on conditions. We further request that the new release conditions stay in place for a period of 7 days. The Court's consideration of this urgent request is greatly appreciated.

Thank you.

Yours truly,

*John L. Russo*

John L. Russo (JR6200)

Cc:    AUSA Patrick Moroney (**Via ECF**)