```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA

        - against -                         ORDER

JUAN NOLASCO-MARTINEZ,                      22 CR 008 (NRB)

            Defendant.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

At the request of defense counsel, sentencing is adjourned until August 3, 2023 at 9:45 A.M.  The defense submission is due July 27, 2023 and the government submission is due July 31, 2023.

Dated:   New York, New York
         July 21, 2023

*[signature: Naomi Reice Buchwald]*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE