UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JUAN NOLASCO-MARTINEZ,

                    Defendant.

22 Cr. 8 (NRB)

**MEMORANDUM AND ORDER**

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

On April 25, 2023, Juan Nolasco-Martinez ("Nolasco" or "defendant") pled guilty to a conspiracy to distribute and possess with an intent to distribute cocaine, in violation of 21 U.S.C. § 841(b)(1)(C).  See ECF No. 56 at 7.  On August 3, 2023, this Court sentenced Nolasco to a term of imprisonment of 37 months, well below the U.S. Sentencing Guidelines range, based on an offense level of 23 and a criminal history category of I.  See id. at 20.  Nolasco faced a Guidelines imprisonment range of 46 months to 57 months.  Id.

Defendant has filed a motion for a sentencing reduction under 18 U.S.C. § 3582(c)(2), relying exclusively on Amendment 821 to the U.S. Sentencing Guidelines.  See ECF No. 55.  Amendment 821, which went into effect on November 1, 2023 and applies retroactively, provides for a potential recalibration of a defendant's sentencing guidelines if he had zero criminal history

points or if he committed the instant offense while under a criminal justice sentence.  <u>See</u> U.S. Sent'g Guidelines Manual §§ 4A1.1, 4C1.1.

Having considered the record in this case, the Court finds that the defendant is ineligible for a sentence reduction pursuant to Amendment 821.  Only the criminal history prong of the Amendment is even potentially relevant.  However, at the time of his sentencing, Nolasco did not have zero criminal history points.  The day after defendant pled guilty to the offense at issue, defendant pled guilty before the Honorable Judge J. Paul Oetken in the Southern District of New York to one count of conspiracy to commit wire fraud.  <u>See</u> <u>United States v. Nolasco</u>, No. 22 Crim. 12 (JPO), ECF No. 68.  This criminal conviction resulted in a criminal history score of one, <u>see</u> ECF No. 56 at 12, which disqualifies Nolasco from receiving a sentence reduction under Amendment 821.  The United States Probation Department reached the same conclusion when it issued a report finding that the Nolasco is not eligible for a sentence reduction.  <u>See</u> <u>id.</u> at 2-3.

Accordingly, this motion is denied.  The Clerk of Court is respectfully instructed to terminate the motion pending at ECF No. 55 and mail a copy of this decision to Nolasco (No. 91392-054) at Danbury FCI in Danbury, Connecticut.

**SO ORDERED.**

Dated:   July 16, 2024
       New York, New York

                                  NAOMI REICE BUCHWALD
                          UNITED STATES DISTRICT JUDGE