**J.L. Russo, P.C.**

JOHN L. RUSSO
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

PARALEGAL
Maria Nunez, B.S.

June 6, 2025

**Via ECF**
Honorable Naomi Reice Buchwald
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: <u>United States of America v. Juan Nolasco -Martinez</u>
          22-CR-00008 (NRB)

Your Honor:

      This office represents Juan Nolasco-Martinez, the defendant in the above referenced matter who was sentenced by the Court on August 3, 2023. We write now to request that the Court permit and direct Pre-Trial Services to return Mr. Nolasco-Martinez's passport to him.

      Pre-Trial Services has no objection to the return of Mr. Nolaco-Martinez's passport but has requested an Order form the Court to facilitate the return. The Court's consideration of this request is respectfully appreciated.

                                                      Yours truly,

                                              *John L. Russo*

                                         John L. Russo (JR6200)

Cc:    AUSA Patrick Moroney **(Via ECF)**
        Viosanny Harrison (USPO)

*[Handwritten annotation:]* So Ordered. Naomi Reice Buchwald, USDJ 6/10/25